FILED: March 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1111 (L)
(10-CA-139779)

_____

PAC TELL GROUP, INC., d/b/a U.S. Fibers

       Petitioner

v.

NATIONAL LABOR RELATIONS BOARD

       Respondent

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED-INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, LOCAL 7898

       Intervernor

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the administrative record to 03/18/2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk